# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; GENON HOLDINGS, INC.; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS

v.

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION AND PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD

APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLP,

Possible Intervenors

: No. 82 MAP 2022

## ORDER

**PER CURIAM**

**AND NOW,** this 12th day of October, 2022, the Notice of Appeal is **QUASHED**. *See In re Barnes Foundation*, 871 A.2d 792, 794 (Pa. 2005) ("Pennsylvania law does allow for an appeal as of right from an order denying intervention in circumstances that meet the requirements of the collateral order doctrine."); *Geniviva v. Frisk*, 725 A.2d 1209, 1214 (Pa. 1999) (explaining that, for a right to be too important to be denied review for purposes of the collateral order doctrine, the right must be "deeply rooted in public policy going beyond the particular litigation at hand").

The Combined Application to Consolidate and Expedite Appeals and the Motion to Quash are **DISMISSED** as moot.